IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LUCIEN J. TUJAGUE, JR. § § Plaintiff, § § vs. § § JOHN ECKERD, § LA MIA BELLA FAMIGILIA, LP, § HO PROVATO LLC, § IMAGINOMICS LLC, § TRIDENT LAKES PROPERTY § HOLDINGS, LLC, AND § LANDASH TX, LLC § § Defendants. § | CIVIL ACTION NO. 4:18-cv-00408 |

## WRIT OF ATTACHMENT

**TO THE CONSTABLE OR SHERIFF WITHIN THE STATE OF TEXAS, GREETINGS**:

Whereas, Judge Amos Mazzant, Jr., of said Court entered its order in the above referenced case ordering this issuance of this Writ of Attachment, a copy of said order is attached to this Writ:

You are hereby notified that certain real property has been attached.

**YOU ARE HEREBY COMMANDED** to forthwith attach the real property of **Heartwood Forestland Fund a/k/a The Forestland Group, LLC, through Senior Vice-President, Linwood Thornton**, at his address of 1512 E Franklin Street, Suite 104, Chapel Hill, Orange County, North Carolina 27514-2816; and the same so attached safely keep, subject to the orders of the Court, which is attached by virtue of this Writ of Attachment.

You shall serve a notice on **Heartwood Forestland Fund a/k/a The Forestland Group, LLC through Linwood Thornton**, at the address of 1512 E Franklin Street, Suite 104, Chapel

Hill, Orange County, North Carolina 27514-2816, who is in possession of said real property that is attached, to appear in said Court on or before the twentieth day, exclusive of Sunday or a legal holiday, after service of such notice, and show cause, if any there be, why execution thereof should not be; said notice to be served on **Heartwood Forestland Fund a/k/a The Forestland Group, LLC through Linwood Thornton**, at the address of 1512 E Franklin Street, Suite 104, Chapel Hill, Orange County, North Carolina 27514-2816, by delivering a copy of this writ; and return this writ so endorsed as to show how and when you executed it.

WITNESS my official signature _____.

Issued _____ at _____ o'clock _____ M.

(Seal)

*David A. O'Toole*
_____
David A. O'Toole, District Clerk
Of The United States District Court,
Eastern District of Texas

_____
Deputy Clerk