# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| LUCIEN J. TUJAGUE, JR. | § |
| | § |
| V. | §   CASE NO. 4:18cv408 |
| | §   Judge Mazzant |
| JOHN ECKERD, ET AL. | § |

## ORDER

It is hereby **ORDERED** that the Clerk's Office is directed to **ADMINISTRATIVELY CLOSE** this case, as it has been referred to The Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, for all further proceedings in this matter (*see* Dkt. #76).

**IT IS SO ORDERED.**

SIGNED this 29th day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE